LONG ISLAND TRUST COMPANY v. TONY TALARICO.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD JUNIOR REID.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. NEVILLE ANDERSON.

May 30, 1985.

Petition for certification denied. (See 198 *N.J.Super.* 340)

STATE OF NEW JERSEY v. SAMUEL BOOKER.

May 30, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER SIMON.

May 30, 1985.

Petition for certification denied.